No. 1482, Misc. SIEGAL *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States.

No. 1494, Misc. PERKINS *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1495, Misc. GARCIA *v.* RHAY, PENITENTIARY SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 1497, Misc. SAAG *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Bruce R. Jacob* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 1499, Misc. SMITH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Philip Adams* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 1500, Misc. JIMINEZ *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. *J. Evans Attwell* for petitioner.

No. 1502, Misc. LAMBUR *v.* VIRGINIA. Sup. Ct. App. Va. Certiorari denied.

No. 1505, Misc. BENSON *v.* STATE BOARD OF PAROLE AND PROBATION ET AL. C. A. 9th Cir. Certiorari denied. *Howard R. Lonergan* for petitioner.